# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

-vs-   Case No. 3:00-cr-103-J-25MCR

KEVIN LEE SCHAAL

Defense Atty.: Lynn Palmer Bailey
AUSA: Mac D. Heavener, III

| JUDGE | **Monte C. Richardson** <br> **U. S. Magistrate Judge** | DATE AND TIME | 10/27/2009 <br> 2:55 p.m. - 3:03 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Sharon H. Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None | PRETRIAL/PROBATION: | Katrina Clark |

## CLERK'S MINUTES

**PROCEEDINGS:**        **INITIAL APPEARANCE**

Court requested presence of counsel for possible appointment.

Defendant arrested by U.S. Marshal Service on October 27, 2009 on a Petition for Violation of Conditions of Supervised Release out of the Middle District of Florida

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding financial ability to employ counsel. Based on Defendant's financial affidavit, the Court appoints the Federal Public Defender.

Defendant advised of rights, charges, penalties and special assessment.

Government orally moved for detention

Government request for continuance of detention hearing until October 30, 2009 is Granted.

**DETENTION IS SET BEFORE JUDGE RICHARDSON ON OCTOBER 30, 2009 AT 1:00 P.M.**

Order of Temporary Detention to enter.

Filed in Open Court:
	CJA 23 Financial Affidavit

cc:	Paula Goins