# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

2009 DEC 10 A 6: 07

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:00-cr-103-25MCR
USM NUMBER: 28926-018

V.

KEVIN LEE SCHAAL

Defendant's Attorney: Sylvia Irvin, Esq. (pda)

## THE DEFENDANT

__X__ admitted guilt to violation of allegation number(s) __1 - 9__ of the terms of supervision as stated in the Petition for Offender Under Supervised Release (Dkt. #32).

__X__ Defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to submit written monthly reports In violation of the Standard Conditions of Release | April 5, 2009 |
| Two | Failure to report In violation of the Standard Conditions of Release | April 14, 2009 |
| Three | Failure to report In violation of the Standard Conditions of Release | April 16, 2009 |
| Four | Failure to report In violation of the Standard Conditions of Release | April 21, 2009 |
| Five | Positive Urinalysis for Marijuana In violation of the Standard Conditions of Release | March 10, 2009 |
| Six | Positive Urinalysis for Marijuana In violation of the Standard Conditions of Release | March 24, 2009 |

| | | |
| --- | --- | --- |
| Seven | Positive Urinalysis for Marijuana In violation of the Standard Conditions of Release | April 1, 2009 |
| Eight | Failure to Participate in Drug Aftercare Treatment, In violation of the Standard Conditions of Release | April 2, 2009 |
| Nine | Failure to Participate in Drug Aftercare Treatment, In violation of the Standard Conditions of Release | April 16, 2009 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: December 2, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: December 9  2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **six (6) months.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.  p.m.  on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before p.m. on .

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
       DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Supervised Release as previously imposed in this case is hereby **revoked** and after confinement there is no new term of supervised release imposed.